EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: <br><br><br> José Meléndez Figuera | 2018 TSPR 172 <br><br> 201 DPR ____ |

Número del Caso: TS-5,173

Fecha:  9 de octubre de 2018

Abogado de la peticionaria:

        Lcdo. Luis F. Navas de León

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José Meléndez Figueroa                    TS-5,173

RESOLUCIÓN

San Juan, Puerto Rico, a 9 de octubre de 2018.

Examinada la *Moción sobre reinstalación al ejercicio de la abogacía*, presentada por el Sr. José Meléndez Figueroa, se declara con lugar.

Por lo tanto, se instruye al Secretario del Tribunal a realizar el cambio del señor Meléndez Figueroa a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). El señor Meléndez Figueroa deberá actualizar de inmediato toda la información contenida en dicho Registro. Se le advierte de su obligación de mantener toda su información actualizada en el RUA. Finalmente, se ordena la reactivación de la querella CP-2005-09.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres proveería no ha lugar en esta etapa a la reinstalación y solo la consideraría después de adjudicada la queja CP-2005-19. La Juez Asociada señora Rodríguez Rodríguez proveería no ha lugar.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José Meléndez Figueroa          TS-5,173

RESOLUCIÓN
(Nunc Pro Tunc)

San Juan, Puerto Rico, a 10 de octubre de 2018.

Se enmienda *nunc pro tunc* nuestra Resolución de 9 de octubre de 2018 a los fines de corregir el número de caso indicado en el segundo párrafo. El mismo debe leer CP-2005-19. Además, hacer constar que la Jueza Presidenta Oronoz Rodríguez no intervino.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo